JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ADAM BROS. FARMING, INC. and ICEBERG HOLDINGS, LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY PLANNING AND DEVELOPMENT DEPARTMENT, DANIEL H. GIRA, ELIHU GEVIRTZ, NOEL LANGLE, and KATHERINE RINDLAUB,<br><br>                    Defendants. | No.    CV 08–5963 PA (FFMx)<br><br>JUDGMENT |

In accordance with the Court's Order dismissing plaintiffs Adam Bros. Farming, Inc.'s and Iceberg Holdings, LLC's ("Plaintiffs") complaint without prejudice, there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.      Plaintiffs shall recover nothing from defendants County of Santa Barbara, Santa Barbara County Planning and Development Department, Daniel H. Gira, Elihu Gevirtz, Noel Langle, and Katherine Rindlaub ("Defendants"),

2.      Defendants shall have judgment in their favor, and

3.      Defendants shall recover their costs of suit.

The Clerk is ordered to enter this Judgment.


DATED:  February 10, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE